UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILSHIRE CREDIT CORPORATION
v.
G&C PLAZA, INC. et als.

CASE NUMBER: 98-2135 (DRD)

**ORDER**

The Court hereby rules as follows:

| Docket No. | Ruling | Title and Date |
|---|---|---|
| 21 | **GRANTED** | Motion requesting an additional... August 23, 1999 |

Regarding **Docket No. 21:**

Plaintiff is granted until Friday, September 17, 1999, to show cause why the captioned case should not be dismissed as time barred with respect to the principals and all guarantors. **NO FURTHER EXTENSIONS WILL BE GRANTED.** Failure to comply may result in dismissal of plaintiff's complaint.

IT IS SO ORDERED.

DATE: September 13, 1999

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N\98-2135 MTN

| Rec'd: | EOD: |
|---|---|
| By: | # |