UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILSHIRE CREDIT CORPORATION
    v.
G&C PLAZA, INC. et als.

CASE NUMBER: 98-2135 (DRD)

### ORDER

The Court hereby rules as follows:

By Order of August 2, 1999, Plaintiff was granted twenty (20) days to show cause why the captioned case should not be dismissed as time barred with respect to the principals and all guarantors. On August 23, 1999, Plaintiff appeared before the Court requesting an additional twenty (20) days to comply with the August 2, 1999, Order. Said extension was granted and Plaintiff was given until September 17, 1999, to show cause why not to dismiss. Plaintiff was also forewarned at that time that no extensions would be granted.

On September 17, 1999, Plaintiff once again appeared before the Court without having complied with the Court's August 2, 1999, Order. On this last occasion Plaintiff's counsel simply informed the Court that he had been unable to comply with the Court's August 2, 1999, Order. Plaintiff requested no further extensions to comply with the Court's Order.

Plaintiff's cause of action is hereby **DISMISSED** for failure to comply with the Court's order to show cause and upon the Court's understanding that this case is time barred.

IT IS SO ORDERED.

DATE: October 7, 1999

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

N \98-2135 DIS

Rec'd:        EOD:

By:           #