UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| WILSHIRE CREDIT CORPORATION, | * | |
| Plaintiff, | * | CIVIL NO. 98-2135(DRD) |
| v. | * | |
| G&C PLAZA, INC. ET ALS., | * | |
| Defendants. | * | |

## JUDGMENT

For the reasons set forth in the Opinion and Order of July 30, 1999, (Docket No. 18); the unanswered Order to Show Cause, (Docket No. 19), the Order of this same date, (Docket No. 24), the complaint in the above captioned case is dismissed as to all Plaintiffs.

IT IS SO ORDERED.

At San Juan, Puerto Rico, this 9 day of October 1999.

DANIEL R. DOMINGUEZ
U. S. DISTRICT JUDGE

AO 72A
(Rev 8/82)