UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| WILSHIRE CREDIT CORPORATION, | * | |
| Plaintiff, | * | CIVIL NO. 98-2135(DRD) |
| v. | * | |
| G&C PLAZA, INC. ET ALS., | * | |
| Defendants. | * | |

## ORDER

The Judgment rendered in this case being final and firm, it is ORDERED to the Clerk of this Court to issue the corresponding Mandate, with all the necessary insertions and directed to the Honorable Property Registrar, Caguas Property Registry, Second Section, so that he proceeds to totally cancel the liens herein contained in the Mandate and which actually encumber the property object of this case, leaving such property free from such liens.

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this __16__ day of October 2000.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

AO 72A
(Rev 8/82)